UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

47912

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital

Order Filed on January 28, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No. 18-15298

Adv. No.

Hearing Date: 1-8-19

Judge: (JNP)

In Re:

ANTHONY V. LEONARDO
MARTINA L. LEONARDO

**ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 28, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Anthony and Martina Leonardo
Case No: 18-15298
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Santander"), with the appearance of Joseph J. Rogers, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Santander is the holder of a first purchase money security interest encumbering a 2016 Nissan Versa bearing vehicle identification number 3N1CE2CP6GL398544.**
2. **That commencing January 2018, if the Debtors fail to make any payment to Santander within thirty (30) days after a payment falls due, Santander may file a Certification with the Court and serve it on the Debtors, their attorney, and the chapter 13 trustee.**
3. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander/Chrysler Capital must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Santander may file a Certification that insurance has lapsed and serve such Certification on the Debtors, their attorney, and the chapter 13 trustee.**
4. **That the Debtors are to pay a counsel fee of $431.00 to Santander through their chapter 13 plan.**