| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>47912<br><br>Morton & Craig LLC<br>William E. Craig, Esquire<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for Santander Consumer USA Inc.<br>dba Chrysler Capital | **Order Filed on January 28, 2019**<br>**by Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>ANTHONY V. LEONARDO<br>MARTINA L. LEONARDO | Case No. 18-15298<br><br>Adv. No.<br><br>Hearing Date: 1-8-19<br><br>Judge: (JNP) |

**ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 28, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Anthony and Martina Leonardo
Case No: 18-15298
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

  This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Santander"), with the appearance of Joseph J. Rogers, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

  **ORDERED:**
1. **That Santander is the holder of a first purchase money security interest encumbering a 2016 Nissan Versa bearing vehicle identification number 3N1CE2CP6GL398544.**
2. **That commencing January 2018, if the Debtors fail to make any payment to Santander within thirty (30) days after a payment falls due, Santander may file a Certification with the Court and serve it on the Debtors, their attorney, and the chapter 13 trustee.**
3. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander/Chrysler Capital must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Santander may file a Certification that insurance has lapsed and serve such Certification on the Debtors, their attorney, and the chapter 13 trustee.**
4. **That the Debtors are to pay a counsel fee of $431.00 to Santander through their chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:
Anthony V Leonardo
Martina L Leonardo
    Debtors

Case No. 18-15298-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 28, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2019.
db/jdb     +Anthony V Leonardo,    Martina L Leonardo,    412 Frankford Avenue,    Blackwood, NJ 08012-4534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Joseph J. Rogers    on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net, jjresq1@comcast.net
         Joseph J. Rogers    on behalf of Debtor Anthony V Leonardo jjresq@comcast.net, jjresq1@comcast.net
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 7