UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*US BK CUST FOR PC7 FIRSTTRUST*

**Order Filed on May 8, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY V. LEONARDO AND
MARTINA L. LEONARDO

Case No.: 18-15298/JNP

Chapter 13

Judge: Jerrold N. Poslusny, Jr.

### CONSENT ORDER PERMITTING FILING OF LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: May 8, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the agreement of US BK Cust for PC7 FIRSTTRUST ("Creditor") and Anthony V. Leonardo and Martina L. Leonardo ("Debtors"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Joseph J. Rogers, Esquire, Law Offices for Joseph J. Rogers, attorneys for the Debtors; and

IT APPEARING that Creditor is the holder of a certain tax lien (the "Tax Lien") secured by the Debtors' real estate located at 412 Frankford Avenue, Blackwood, New Jersey, Block 12707, Lot 4 (the "Property"); and

IT FURTHER APPEARING that Creditor had no notice of the bankruptcy due to the Debtors' failure to list Creditor as part of their bankruptcy; and

IT FURTHER APPEARING that the Debtors now seek to pay the amounts owed to Creditor through their Chapter 13 Plan; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1.  Creditor shall file a proof of claim by May 30, 2019, which claim shall be deemed a timely filed, allowed claim, pursuant to the bankruptcy code and rules. Creditor's claim shall be paid by the Debtors over the remaining months of the Debtors' Chapter 13 Plan.

2.  The Debtors authorize the Trustee to commence payments to the Creditor upon receipt of the filed Proof of Claim.

I consent to the form
and entry of this Order

GARY C. ZEITZ, LLC

_____
LINDA S. FOSSI, ESQUIRE
Attorneys for US BK Cust for PC7
FIRSTTRUST

LAW OFFICE OF JOSEPH J. ROGERS

_____
JOSEPH J. ROGERS, ESQUIRE
Attorneys for Debtors