Order Filed on May 8, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*US BK CUST FOR PC7 FIRSTTRUST*

In Re:

ANTHONY V. LEONARDO AND
MARTINA L. LEONARDO

Case No.: 18-15298/JNP

Chapter 13

Judge: Jerrold N. Poslusny, Jr.

## CONSENT ORDER PERMITTING FILING OF LATE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: May 8, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court upon the agreement of US BK Cust for PC7 FIRSTTRUST ("Creditor") and Anthony V. Leonardo and Martina L. Leonardo ("Debtors"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Joseph J. Rogers, Esquire, Law Offices for Joseph J. Rogers, attorneys for the Debtors; and

IT APPEARING that Creditor is the holder of a certain tax lien (the "Tax Lien") secured by the Debtors' real estate located at 412 Frankford Avenue, Blackwood, New Jersey, Block 12707, Lot 4 (the "Property"); and

IT FURTHER APPEARING that Creditor had no notice of the bankruptcy due to the Debtors' failure to list Creditor as part of their bankruptcy; and

IT FURTHER APPEARING that the Debtors now seek to pay the amounts owed to Creditor through their Chapter 13 Plan; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Creditor shall file a proof of claim by May 30, 2019, which claim shall be deemed a timely filed, allowed claim, pursuant to the bankruptcy code and rules. Creditor's claim shall be paid by the Debtors over the remaining months of the Debtors' Chapter 13 Plan.

2. The Debtors authorize the Trustee to commence payments to the Creditor upon receipt of the filed Proof of Claim.

I consent to the form
and entry of this Order

GARY C. ZEITZ, LLC

_____
LINDA S. FOSSI, ESQUIRE
Attorneys for US BK Cust for PC7
FIRSTTRUST

LAW OFFICE OF JOSEPH J. ROGERS

_____
JOSEPH J. ROGERS, ESQUIRE
Attorneys for Debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-15298-JNP
Anthony V Leonardo                                                      Chapter 13
Martina L Leonardo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: May 08, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.
db/jdb         +Anthony V Leonardo,    Martina L Leonardo,    412 Frankford Avenue,    Blackwood, NJ 08012-4534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Joseph J. Rogers    on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net,
               jjrogers0507@gmail.com
              Joseph J. Rogers    on behalf of Debtor Anthony V Leonardo jjresq@comcast.net,
               jjrogers0507@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7