**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–15298–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony V Leonardo
aka Anthony V Leonardo
412 Frankford Avenue
Blackwood, NJ 08012

Martina L Leonardo
412 Frankford Avenue
Blackwood, NJ 08012

Social Security No.:
xxx–xx–3451                                             xxx–xx–2567

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              July 9, 2019
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*43* – Objection to Motion to Approve Loan Modification (related document:41 Motion to Approve Loan Modification with Midland Mortgage Filed by Joseph J. Rogers on behalf of Anthony V Leonardo, Martina L Leonardo. Objection deadline is 07/5/2019. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order # 4 Exhibit) filed by Debtor Anthony V Leonardo, Joint Debtor Martina L Leonardo) filed by Denise E. Carlon on behalf of MIDFIRST BANK. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

and transact such other business as may properly come before the meeting.


Dated: June 27, 2019
JAN: bed

Jeanne Naughton
Clerk