Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15298−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony V Leonardo
aka Anthony V Leonardo
412 Frankford Avenue
Blackwood, NJ 08012

Martina L Leonardo
412 Frankford Avenue
Blackwood, NJ 08012

Social Security No.:
xxx−xx−3451                                    xxx−xx−2567

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            July 9, 2019
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*43* − Objection to Motion to Approve Loan Modification (related document:41 Motion to Approve Loan Modification with Midland Mortgage Filed by Joseph J. Rogers on behalf of Anthony V Leonardo, Martina L Leonardo. Objection deadline is 07/5/2019. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order # 4 Exhibit) filed by Debtor Anthony V Leonardo, Joint Debtor Martina L Leonardo) filed by Denise E. Carlon on behalf of MIDFIRST BANK. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

and transact such other business as may properly come before the meeting.


Dated: June 27, 2019
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony V Leonardo  
Martina L Leonardo  
    Debtors

Case No. 18-15298-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 27, 2019  
                      Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db/jdb     +Anthony V Leonardo,   Martina L Leonardo,   412 Frankford Avenue,   Blackwood, NJ 08012-4534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
      John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
      Joseph J. Rogers    on behalf of Debtor Anthony V Leonardo jjresq@comcast.net, jjrogers0507@gmail.com  
      Joseph J. Rogers    on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net, jjrogers0507@gmail.com  
      Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
      Linda S. Fossi    on behalf of Creditor    US Bk Cust for PC7 Firstrust lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                     TOTAL: 8