UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on July 25, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony V. Leonardo and Martina L. Leonardo

| | |
|---|---|
| Case No.: | 18-15298 JNP |
| Chapter: | 13 |
| Judge: | Jerrold N. Poslusny, Jr |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 25, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____900_____ for services rendered and expenses in the amount of $_____ for a total of $_____900_____ .  The allowance shall be payable:

☒     through the Chapter 13 plan as an administrative priority.

❑     outside the plan.

The debtor's monthly plan is modified to require a payment of $_____831_____ per month for ___44 more___ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15298-JNP
Anthony V Leonardo                                                         Chapter 13
Martina L Leonardo
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jul 25, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db/jdb        +Anthony V Leonardo,   Martina L Leonardo,   412 Frankford Avenue,   Blackwood, NJ 08012-4534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                          Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Joseph J. Rogers   on behalf of Debtor Anthony V Leonardo jjresq@comcast.net,
           jjrogers0507@gmail.com
          Joseph J. Rogers   on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net,
           jjrogers0507@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   MIDFIRST BANK kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Linda S. Fossi   on behalf of Creditor   US Bk Cust for PC7 Firstrust lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 8