Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 18−15298−JNP
                            Chapter: 13
                            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony V Leonardo                               Martina L Leonardo
   aka Anthony V Leonardo                    412 Frankford Avenue
   412 Frankford Avenue                       Blackwood, NJ 08012
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−3451                                     xxx−xx−2567

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 October 22, 2019
Time:               10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*54* – Certification in Opposition to (related document:53 Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: 2016 Nissan Versa. Fee Amount $ 181. filed by Creditor Santander Consumer USA Inc. dba Chrysler Capital) filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc. dba Chrysler Capital. Objection deadline is 10/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc. dba Chrysler Capital) filed by Joseph J. Rogers on behalf of Anthony V Leonardo, Martina L Leonardo. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: October 1, 2019
JAN: bed

                                                                           Jeanne Naughton
                                                                           Clerk