Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–15298–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony V Leonardo                              Martina L Leonardo
 aka Anthony V Leonardo                        412 Frankford Avenue
 412 Frankford Avenue                          Blackwood, NJ 08012
 Blackwood, NJ 08012

Social Security No.:
 xxx–xx–3451
                                                xxx–xx–2567

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                   October 22, 2019
Time:                    10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*54* – Certification in Opposition to (related document:53 Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: 2016 Nissan Versa. Fee Amount $ 181. filed by Creditor Santander Consumer USA Inc. dba Chrysler Capital) filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc. dba Chrysler Capital. Objection deadline is 10/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Santander Consumer USA Inc. dba Chrysler Capital) filed by Joseph J. Rogers on behalf of Anthony V Leonardo, Martina L Leonardo. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: October 1, 2019
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-15298-JNP
Anthony V Leonardo                                                  Chapter 13
Martina L Leonardo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 01, 2019
                             Form ID: 173          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db/jdb        +Anthony V Leonardo,   Martina L Leonardo,   412 Frankford Avenue,   Blackwood, NJ 08012-4534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
            John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital
             ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
            Joseph J. Rogers    on behalf of Debtor Anthony V Leonardo jjresq@comcast.net,
             jjrogers0507@gmail.com
            Joseph J. Rogers    on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net,
             jjrogers0507@gmail.com
            Kevin Gordon McDonald    on behalf of Creditor   MIDFIRST BANK kmcdonald@blankrome.com,
             bkgroup@kmllawgroup.com
            Linda S. Fossi    on behalf of Creditor   US Bk Cust for PC7 Firstrust lfossi@zeitzlawfirm.com,
             gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8