UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

49803

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital

In Re:

ANTHONY V. LEONARDO
MARTINA L. LEONARDO

**Order Filed on November 12, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No. 18-15298

Adv. No.

Hearing Date: 10-22-19

Judge: (JNP)

**ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 12, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Anthony and Martina Leonardo
Case No: 18-15298
Caption of Order: Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Certificate Of Default filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. dba Chrysler Capital ("Santander"), with the appearance of Joseph J. Rogers, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Santander is the holder of a first purchase money security interest encumbering a 2016 Nissan Versa bearing vehicle identification number 3N1CE2CP6GL398544.**
2. **That the Debtors' account has arrears in the amount of $316.32 through October 2019.**
3. **That the Debtors are to cure the arrears set forth in paragraph two (2) above and make their November 2019 payment of $310.79 (total payment of $627.11) by November 25, 2019 or Santander may file a Certification with the Court and serve it on the Debtors, their attorney, and the Chapter 13 Trustee.**
4. **That commencing December 2019, if the Debtors fail to make any payment to Santander within thirty (30) days after a payment falls due, Santander may file a Certification with the Court and serve it on the Debtors, their attorney, and the Chapter 13 Trustee.**
5. **That the Debtors must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Santander/Chrysler Capital must be listed as loss payee. If the Debtors**

**(Page 3)**
Debtors: Anthony and Martina Leonardo
Case No: 18-15298
Caption of Order: Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

    **fail to maintain valid insurance on the vehicle, Santander may file a Certification that insurance has lapsed and serve such Certification on the Debtors, their attorney, and the Chapter 13 Trustee.**

6. **That the Debtors are to pay a counsel fee of $100.00 to Santander through their Chapter 13 Plan.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-15298-JNP
Anthony V Leonardo                                                                        Chapter 13
Martina L Leonardo
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 13, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
db         +Anthony V Leonardo,    412 Frankford Avenue,    Blackwood, NJ 08012-4534
jdb        +Martina L Leonardo,    412 Frankford Avenue,    Blackwood, NJ 08012-4534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph J. Rogers    on behalf of Debtor Anthony V Leonardo jjresq@comcast.net, jjrogers0507@gmail.com
              Joseph J. Rogers    on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net, jjrogers0507@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   MIDFIRST BANK kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor   US Bk Cust for PC7 Firstrust lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8