Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–15298–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony V Leonardo | Martina L Leonardo |
| aka Anthony V Leonardo | 412 Frankford Avenue |
| 412 Frankford Avenue | Blackwood, NJ 08012 |
| Blackwood, NJ 08012 | |

Social Security No.:
    xxx–xx–3451                         xxx–xx–2567

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 8, 2018.

On 01/29/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                March 4, 2020
Time:                  10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
       **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 29, 2020
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15298-JNP
Anthony V Leonardo                                                        Chapter 13
Martina L Leonardo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Jan 29, 2020
                             Form ID: 185          Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
```
db/jdb      +Anthony V Leonardo,    Martina L Leonardo,    412 Frankford Avenue,    Blackwood, NJ 08012-4534
cr          +Santander Consumer USA Inc. dba Chrysler Capital,    PO Box 961278,    Ft. Worth, TX 76161-0278
517394585   +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
517455568   +Camden County MUA,    1645 Ferry Ave.,    Camden, NJ 08104-1311
517448325   +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517394587   +City of Cocoa,    65 Stone St.,    Cocoa, FL 32922-7982
517394591   +Emergency Phy Of South Jersey,    PO Box 1123,    Minneapolis, MN 55440-1123
517394592   +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
517394593   +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517394595   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517549533   +Gloucester Township Municipal Utilities Auth.,    Leonard J. Wood, Esquire,
             1250 Chews Landing Road,    Laurel Springs, NJ 08021-2816
517394601   +KML Law Group PC,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
517394599   +Kennedy Health,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
517394602   +Merchants Association Collection Div.,    134 S. Tampa Street,    Tampa, FL 33602-5354
517519313   +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517394603    Midfirst Bank,    One Grand Central Place, 60 E 42nd St,    New York, NY 10165
517394604   +Midland Mortgage Company,    PO Box 26648,    Oklahoma City, OK 73126-0648
517394605   +Pinch A Penny,    2311 State Road 524 Suite C114,    Cocoa, FL 32926-5896
517394606    Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
517394607   +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517394608   +Rushmore Service Center,    PO Box 5508,    Sioux Falls, SD 57117-5508
517394609   +Santander Consumer USA/ Chrysler,    5201 Rufe Snow Drive,    Suite 400,
             North Richland Hills, TX 76180-6036
517394610    South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517640258    U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
             Harrisburg PA 17106-9184
517394616   +US Attorney General,    US Department of Justice,    950 Pennsylvania Avenue,
             Washington, DC 20530-0009
518239149   +US BK Cust for PC7 Firstrust,    c/o Gary C.Zeitz, LLC,    1101 Laurel Oak Road , Suite 170,
             Voorhees  NJ 08043-4381
517730456    US Department of Education,    PO BOX 16448,    St. Paul, MN 55116-0448
517394618   +US Department of HUD,    451 7th Street SW,    Washington, DC 20410-0001
517394615   +United States Attorney General,    United States Department of Justice,    Ben Franklin Station,
             P.O. Box 683,    Washington, DC 20044-0683
517394619   +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11    U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 23:28:10    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517394584   +E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2020 23:27:36    Ally Financial,
             Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517401524    E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2020 23:27:36    Ally Financial,
             PO Box 130424,    Roseville MN 55113-0004
517551974    E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 29 2020 23:34:29
             CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
             Greenville, SC 29603-0368
517394586   +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 29 2020 23:33:58
             Cardworks/CW Nexus/ Merrick,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517394588   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 29 2020 23:27:59    Comenity Capital Bank/HSN,
             Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517394589   +E-mail/PDF: creditonebknotifications@resurgent.com Jan 29 2020 23:34:46    Credit One Bank Na,
             Po Box 98873,    Las Vegas, NV 89193-8873
517394590   +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 29 2020 23:34:03    Cws/cw Nexus,
             101 Crossways Park Dr W,    Woodbury, NY 11797-2020
517394594   +E-mail/Text: bnc-bluestem@quantum3group.com Jan 29 2020 23:28:31    Fingerhut,
             Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517394596   +E-mail/Text: tlynch@gtmua.com Jan 29 2020 23:28:25    GTMUA,    PO BOX 216,
             Glendora, NJ 08029-0216
517394598    E-mail/Text: cio.bncmail@irs.gov Jan 29 2020 23:27:49    IRS,    P.O. Box 21126,
             Centralized Insolvency-Operations,    Philadelphia, PA 19114
517523588   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2020 23:28:09    Midland Funding LLC,
             PO Box 2011,    Warren, MI 48090-2011
517522066    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 23:34:36
             Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
517556278   +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2020 23:28:40    Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517550396    E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 23:28:05
             Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
             Kirkland, WA  98083-0788
```

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Jan 29, 2020
                             Form ID: 185              Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517533282         E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 23:28:05
                  Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517394611        +E-mail/Text: LO@saintfrancis.org Jan 29 2020 23:28:39    Swedesboro Animal Hospital,
                  392 Kings Highway,   Swedesboro, NJ 08085-5044
517398699        +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 23:34:28    Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517394612        +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 23:35:13    Synchrony Bank/Amazon,
                  Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517394613        +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2020 23:34:35    Synchrony Bank/Care Credit,
                  Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517394614        +E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11    United States Attorney,
                  Peter Rodino Federal Building,   970 Broad Street, Suite 700,   Newark, NJ 07102-2527
                                                                                      TOTAL: 22
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518237265         US Bk Cust for PC7 Firstrust
517394597*        Internal Revenue Service,   ATTN: Bankruptcy Department,   P.O. Box 7346,
                  Philadelphia, PA 19101-7346
517394600*       +Kennedy Health,   500 Marlboro Avenue,   Cherry Hill, NJ 08002-2020
517394617*       +US Attorney General,   US Department of Justice,   950 Pennsylvania Avenue,
                  Washington, DC 20530-0009
                                                                          TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:

```
         Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
         Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         John R. Morton, Jr.   on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
         Joseph J. Rogers   on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net,
           jjrogers0507@gmail.com
         Joseph J. Rogers   on behalf of Debtor Anthony V Leonardo jjresq@comcast.net,
           jjrogers0507@gmail.com
         Kevin Gordon McDonald   on behalf of Creditor   MIDFIRST BANK kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
         Linda S. Fossi   on behalf of Creditor    US Bk Cust for PC7 Firstrust lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8
```