| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>rsolarz@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>MidFirst Bank | Order Filed on July 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

Case No: 18-15298 JNP

In re:
Martina L Leonardo
Anthony V. Leonardo

           Debtors

Recommended Local Form:     ☐ Followed     ☐ Modified

# ORDER VACATING STAY

The relief set forth on the followi

**DATED: July 6, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>MidFirst Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as   412 Frankford Avenue, Blackwood NJ 08012**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.