Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−15298−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony V Leonardo                           Martina L Leonardo
    aka Anthony V Leonardo                   412 Frankford Avenue
    412 Frankford Avenue                     Blackwood, NJ 08012
    Blackwood, NJ 08012

Social Security No.:
    xxx−xx−3451                                      xxx−xx−2567

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 3, 2020.

On 7/12/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              August 18, 2021
Time:                     10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
        a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
        of a secure claim, such holders acceptance or rejection of the Plan before modification will
        be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
        holders acceptance or rejection of the Plan within the time fixed.

3.      **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
        the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 12, 2021
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-15298-JNP

Anthony V Leonardo                                                                  Chapter 13

Martina L Leonardo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 3

Date Rcvd: Jul 12, 2021                  Form ID: 185                                Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V Leonardo, Martina L Leonardo, 412 Frankford Avenue, Blackwood, NJ 08012-4534 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 517394585 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 517455568 | + | Camden County MUA, 1645 Ferry Ave., Camden, NJ 08104-1311 |
| 517448325 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517394587 | + | City of Cocoa, 65 Stone St., Cocoa, FL 32922-7982 |
| 517394591 | + | Emergency Phy Of South Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 517394592 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517394593 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517394595 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517549533 | + | Gloucester Township Municipal Utilities Auth., Leonard J. Wood, Esquire, 1250 Chews Landing Road, Laurel Springs, NJ 08021-2816 |
| 517394599 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 517394602 | + | Merchants Association Collection Div., 134 S. Tampa Street, Tampa, FL 33602-5354 |
| 517394603 | | Midfirst Bank, One Grand Central Place, 60 E 42nd St, New York, NY 10165 |
| 517394605 | + | Pinch A Penny, 2311 State Road 524 Suite C114, Cocoa, FL 32926-5896 |
| 517394606 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 517394607 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517394608 | + | Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 517394609 | + | Santander Consumer USA/ Chrysler, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517394610 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 517394611 | + | Swedesboro Animal Hospital, 392 Kings Highway, Swedesboro, NJ 08085-5044 |
| 517640258 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 517394616 | + | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 518239149 | + | US BK Cust for PC7 Firstrust, c/o Gary C.Zeitz, LLC, 1101 Laurel Oak Road , Suite 170, Voorhees NJ 08043-4381 |
| 517730456 | | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 517394615 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 517394619 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517394584 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 12 2021 20:33:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517401524 | | Email/Text: ally@ebn.phinsolutions.com | Jul 12 2021 20:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

| 517551974 |   | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2021 20:45:18 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517394586 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2021 20:45:11 | Cardworks/CW Nexus/ Merrick, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517394588 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2021 20:34:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517394589 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 12 2021 20:45:12 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517394590 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2021 20:45:18 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 517394594 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 12 2021 20:34:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517394596 | + | Email/Text: tlynch@gtmua.com | Jul 12 2021 20:34:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 517394598 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2021 20:34:00 | IRS, P.O. Box 21126, Centralized Insolvency-Operations, Philadelphia, PA 19114 |
| 517519313 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 12 2021 20:45:12 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517523588 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2021 20:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517394604 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 12 2021 20:45:12 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517522066 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2021 20:45:12 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517556278 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 12 2021 20:34:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517533282 |   | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2021 20:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517550396 |   | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2021 20:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517398699 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2021 20:45:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517394612 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2021 20:45:17 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517394613 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 12 2021 20:45:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517394618 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 12 2021 20:45:18 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 517394614 | + | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2021 20:34:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason  Name and Address**

| 518237265 | | US Bk Cust for PC7 Firstrust |
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517394597 | * | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517394600 | *+ | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 517394617 | *+ | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 517394601 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Debtor Anthony V Leonardo jjresq@comcast.net  jjrogers0507@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Linda S. Fossi | on behalf of Creditor US Bk Cust for PC7 Firstrust lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10