Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 18–15298–JNP
> Chapter: 13
> Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony V Leonardo | Martina L Leonardo |
| aka Anthony V Leonardo | 1214 Lacey Oak Drive |
| 1214 Lacey Oak Drive | Apopka, FL 32703 |
| Apopka,, FL 32703 | |

Social Security No.:
  xxx–xx–3451                                        xxx–xx–2567

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             January 21, 2022
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*99* – Certification in Opposition to (related document:98 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 12/16/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Joseph J. Rogers on behalf of Anthony V Leonardo, Martina L Leonardo. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: December 8, 2021
JAN:

                                                            Jeanne Naughton
                                                            Clerk