Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15298−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony V Leonardo
aka Anthony V Leonardo
1214 Lacey Oak Drive
Apopka,, FL 32703

Martina L Leonardo
1214 Lacey Oak Drive
Apopka, FL 32703

Social Security No.:
xxx−xx−3451                                              xxx−xx−2567

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on July 6, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 6, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony V Leonardo  
Martina L Leonardo  
    Debtors

Case No. 18-15298-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Jul 06, 2022     Form ID: 148     Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony V Leonardo, 1214 Lacey Oak Drive, Apopka,, FL 32703-1591 |
| jdb | + | Martina L Leonardo, 1214 Lacey Oak Drive, Apopka, FL 32703-1591 |
| 517455568 | + | Camden County MUA, 1645 Ferry Ave., Camden, NJ 08104-1311 |
| 517394587 | + | City of Cocoa, 65 Stone St., Cocoa, FL 32922-7982 |
| 517394591 | + | Emergency Phy Of South Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 517394593 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517549533 | + | Gloucester Township Municipal Utilities Auth., Leonard J. Wood, Esquire, 1250 Chews Landing Road, Laurel Springs, NJ 08021-2816 |
| 517394599 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 517394602 | + | Merchants Association Collection Div., 134 S. Tampa Street, Tampa, FL 33602-5354 |
| 517394603 | | Midfirst Bank, One Grand Central Place, 60 E 42nd St, New York, NY 10165 |
| 517394605 | + | Pinch A Penny, 2311 State Road 524 Suite C114, Cocoa, FL 32926-5896 |
| 517394606 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 517394608 | + | Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 517394609 | + | Santander Consumer USA/ Chrysler, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517394610 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 517394611 | + | Swedesboro Animal Hospital, 392 Kings Highway, Swedesboro, NJ 08085-5044 |
| 518239149 | + | US BK Cust for PC7 Firstrust, c/o Gary C.Zeitz, LLC, 1101 Laurel Oak Road , Suite 170, Voorhees NJ 08043-4381 |
| 517394615 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 517394619 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2022 20:44:00 | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 517394585 | ^ | MEBN | Jul 06 2022 20:42:07 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 517394584 | + | EDI: GMACFS.COM | Jul 07 2022 00:43:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519277836 | + | EDI: AISACG.COM | Jul 07 2022 00:43:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| District/off: 0312-1 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: 148 | | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 517401524 | | EDI: GMACFS.COM | Jul 07 2022 00:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517551974 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2022 20:47:21 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517394586 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2022 20:47:04 | Cardworks/CW Nexus/ Merrick, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517448325 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 06 2022 20:44:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517394588 | + | EDI: WFNNB.COM | Jul 07 2022 00:43:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517394589 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 06 2022 20:47:21 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517394590 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 06 2022 20:47:21 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 517394592 | + | Email/Text: bncnotifications@pheaa.org | Jul 06 2022 20:43:00 | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517394594 | + | EDI: BLUESTEM | Jul 07 2022 00:43:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517394595 | + | EDI: AMINFOFP.COM | Jul 07 2022 00:43:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517394596 | + | Email/Text: tlynch@gtmua.com | Jul 06 2022 20:44:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 517394598 | | EDI: IRS.COM | Jul 07 2022 00:43:00 | IRS, P.O. Box 21126, Centralized Insolvency-Operations, Philadelphia, PA 19114 |
| 517519313 | + | EDI: AISMIDFIRST | Jul 07 2022 00:43:00 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517523588 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2022 20:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517394604 | + | EDI: AISMIDFIRST | Jul 07 2022 00:43:00 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517522066 | | EDI: PRA.COM | Jul 07 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517556278 | + | EDI: JEFFERSONCAP.COM | Jul 07 2022 00:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517533282 | | EDI: Q3G.COM | Jul 07 2022 00:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517550396 | | EDI: Q3G.COM | Jul 07 2022 00:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517394607 | + | Email/Text: clientservices@remexinc.com | Jul 06 2022 20:43:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517398699 | + | EDI: RMSC.COM | Jul 07 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517394612 | + | EDI: RMSC.COM | Jul 07 2022 00:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517394613 | + | EDI: RMSC.COM | Jul 07 2022 00:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517640258 | | Email/Text: bncnotifications@pheaa.org | Jul 06 2022 20:43:00 | U.S. Department of Education, C/O FedLoan |

Case 18-15298-JNP    Doc 111    Filed 07/08/22    Entered 07/09/22 00:13:27    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: 148 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |
| 517394616 | ^ | MEBN | Jul 06 2022 20:42:08 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 517730456 | | Email/Text: EDBKNotices@ecmc.org | Jul 06 2022 20:43:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 517394618 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 06 2022 20:47:04 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 517394614 | + | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2022 20:43:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518237265 | | US Bk Cust for PC7 Firstrust |
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517394597 | * | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517394600 | *+ | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 517394617 | *+ | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 517394601 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net  jjrogers0507@gmail.com |
| Joseph J. Rogers | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 06, 2022 | Form ID: 148 | Total Noticed: 53 |

        on behalf of Debtor Anthony V Leonardo jjresq@comcast.net  jjrogers0507@gmail.com

Kevin Gordon McDonald
        on behalf of Creditor MIDFIRST BANK kmcdonald@blankrome.com  bkgroup@kmllawgroup.com

Linda S. Fossi
        on behalf of Creditor US Bk Cust for PC7 Firstrust lfossi@zeitzlawfirm.com
        gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Rebecca Ann Solarz
        on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Regina Cohen
        on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11