Form 196 − ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−15298−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony V Leonardo                                Martina L Leonardo
   aka Anthony V Leonardo                     1214 Lacey Oak Drive
   1214 Lacey Oak Drive                         Apopka, FL 32703
   Apopka,, FL 32703

Social Security No.:
   xxx−xx−3451                                      xxx−xx−2567

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

    On August 15, 2022 a NOTICE OF CASE CLOSED WITHOUT DISCHARGE was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
The reason the case was closed without a discharge was that they received a discharge in chapter 7 within the last 4 years.

Corrected to state:
The case was closed because it was dismissed on 7/06/2022.

    The amendment of this notice does not affect deadlines that have been previously set.


Dated: August 18, 2022
JAN: mef

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-15298-JNP
Anthony V Leonardo  Chapter 13
Martina L Leonardo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Aug 18, 2022      Form ID: 196      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony V Leonardo, Martina L Leonardo, 1214 Lacey Oak Drive, Apopka,, FL 32703-1591 |
| 517455568 | + | Camden County MUA, 1645 Ferry Ave., Camden, NJ 08104-1311 |
| 517394587 | + | City of Cocoa, 65 Stone St., Cocoa, FL 32922-7982 |
| 517394591 | + | Emergency Phy Of South Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 517394593 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517549533 | + | Gloucester Township Municipal Utilities Auth., Leonard J. Wood, Esquire, 1250 Chews Landing Road, Laurel Springs, NJ 08021-2816 |
| 517394599 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 517394602 | + | Merchants Association Collection Div., 134 S. Tampa Street, Tampa, FL 33602-5354 |
| 517394603 | | Midfirst Bank, One Grand Central Place, 60 E 42nd St, New York, NY 10165 |
| 517394605 | + | Pinch A Penny, 2311 State Road 524 Suite C114, Cocoa, FL 32926-5896 |
| 517394606 | | Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 517394608 | + | Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 517394609 | + | Santander Consumer USA/ Chrysler, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 517394610 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 517394611 | + | Swedesboro Animal Hospital, 392 Kings Highway, Swedesboro, NJ 08085-5044 |
| 518239149 | + | US BK Cust for PC7 Firstrust, c/o Gary C.Zeitz, LLC, 1101 Laurel Oak Road , Suite 170, Voorhees NJ 08043-4381 |
| 517394615 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 517394619 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2022 20:43:00 | Santander Consumer USA Inc. dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| 517394585 | ^ | MEBN | Aug 18 2022 20:42:56 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 517394584 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 18 2022 20:42:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519277836 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 18 2022 20:52:10 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517401524 | | Email/Text: ally@ebn.phinsolutions.com | | |

Case 18-15298-JNP   Doc 118   Filed 08/20/22   Entered 08/21/22 00:14:08   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: 196 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | Aug 18 2022 20:42:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517551974 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2022 20:51:49 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517394586 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2022 20:52:07 | Cardworks/CW Nexus/ Merrick, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517448325 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2022 20:43:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517394588 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2022 20:43:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 517394589 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2022 20:51:54 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517394590 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2022 20:51:52 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 517394592 | + Email/Text: bncnotifications@pheaa.org | Aug 18 2022 20:43:00 | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 517394594 | + Email/Text: bnc-bluestem@quantum3group.com | Aug 18 2022 20:43:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517394595 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 18 2022 20:52:11 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517394596 | + Email/Text: tlynch@gtmua.com | Aug 18 2022 20:43:00 | GTMUA, PO BOX 216, Glendora, NJ 08029-0216 |
| 517394598 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2022 20:43:00 | IRS, P.O. Box 21126, Centralized Insolvency-Operations, Philadelphia, PA 19114 |
| 517519313 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 18 2022 20:51:48 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517523588 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 18 2022 20:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517394604 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 18 2022 20:51:49 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517522066 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2022 20:51:54 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517556278 | + Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2022 20:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517533282 | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2022 20:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517550396 | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2022 20:43:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517394607 | + Email/Text: clientservices@remexinc.com | Aug 18 2022 20:43:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517398699 | + Email/PDF: gecsedi@recoverycorp.com | Aug 18 2022 20:52:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517394612 | + Email/PDF: gecsedi@recoverycorp.com | Aug 18 2022 20:52:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517394613 | + Email/PDF: gecsedi@recoverycorp.com | Aug 18 2022 20:52:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517640258 | Email/Text: bncnotifications@pheaa.org | Aug 18 2022 20:43:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | 17106-9184 |
| 517394616 | ^ MEBN | Aug 18 2022 20:42:40 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 517730456 | Email/Text: EDBKNotices@ecmc.org | Aug 18 2022 20:42:00 | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |
| 517394618 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 18 2022 20:51:48 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 517394614 | + Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2022 20:43:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518237265 | | US Bk Cust for PC7 Firstrust |
| cr | * | Ally Financial Inc., PO Box 130424, Roseville, MN 55113-0004 |
| 517394597 | * | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517394600 | *+ | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 517394617 | *+ | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 517394601 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph J. Rogers | on behalf of Joint Debtor Martina L Leonardo jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 18, 2022 | Form ID: 196 | Total Noticed: 52 |

                on behalf of Debtor Anthony V Leonardo jjresq@comcast.net  jjrogers0507@gmail.com

Kevin Gordon McDonald

                on behalf of Creditor MIDFIRST BANK kmcdonald@blankrome.com  bkgroup@kmllawgroup.com

Linda S. Fossi

                on behalf of Creditor US Bk Cust for PC7 Firstrust lfossi@zeitzlawfirm.com
                gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Rebecca Ann Solarz

                on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Regina Cohen

                on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11